IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

UNITED STATES OF AMERICA     *
                             *
v.                           *     CR 606-026
                             *
LEON PERRY                   *

# O R D E R

On December 10, 2007, this Court sentenced Defendant Leon Perry as a career offender to serve 240 months' imprisonment upon his guilty plea to conspiracy to possess with intent to distribute and to distribute crack and powder cocaine. In 2016, however, President Barack Obama commuted Defendant's sentence, and he was therefore released on April 5, 2018. Accordingly, Defendant has now served just over 18 months of his five-year term of supervised release.

At present, Defendant has filed a motion for early termination of supervised release, citing his exemplary performance on release. The United States Probation Office opposes early termination at this time. Defendant's supervising probation officer reports that Defendant has maintained a stable residence and continuous employment. Yet, the Court and the United States Probation Office are mindful of Defendant's status as a career

offender with prior convictions involving controlled substances and violence. Accordingly, while Defendant has adjusted well to supervision, this Court has an obligation to ensure public safety in this district. Given Defendant's past criminal history and the limited time he has been on supervised release, supervision of this offender remains necessary.

Upon due consideration of the recommendation of the Probation Office and the factors set forth in 18 U.S.C. § 3553(a), Defendant's motion for early termination of supervised release (doc. 1743) is **DENIED** without prejudice.

**ORDER ENTERED** at Augusta, Georgia, this 19th day of November, 2019.

J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA