IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| v. | * | CR 606-026 |
| | * | |
| LEON PERRY | * | |

**O R D E R**

On November 19, 2019, the Court denied Defendant Leon Perry's motion for early termination of supervised release. (Doc. 1744) While Defendant had performed well on supervised release, the United States Probation Office opposed early termination because Defendant had not yet served at least half of his term. One year later, Defendant has happily remained compliant and has demonstrated, in his words, "a great effort to become a better law-abiding citizen." (Def.'s Mot., Doc. 1760, at 1.) The United States Probation Office no longer opposes early termination.

Upon the foregoing and in consideration of the factors set forth in 18 U.S.C. § 3553(a), **IT IS ORDERED** that Defendant's motion (doc. 1760) is **GRANTED**. Leon Perry is hereby discharged from his term of supervised release upon entry of this Order. The Clerk is directed to send a copy of this Order to Mr. Wright White of the United States Probation Office in Augusta, Georgia.

**ORDER ENTERED** at Augusta, Georgia, this 16th day of December, 2020.

```
_____
J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
```